UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 19-cv-25101

MARIA AMALIA MAZO MORALES, and
all others similarly situated under 29 U.S.C. §
216(b),

    Plaintiff,

vs.

EL INDIO BAKERY AND CAFETERIA
CORP., a Florida Corporation and
HEIDI PEREZ CASTANEDA, an
individual,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendants, EL INDIO BAKERY AND CAFETERIA CORP. and HEIDI PEREZ CASTANEDA, by and through their undersigned counsel and pursuant to 28 U.S.C. § 1331 and 28 U.S.C. §1441(a), file this Notice of Removal of this cause from the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida and allege as follows:

    1.    Defendants are named in a civil action brought in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida captioned *Maria Amalia Mazo Morales v. El Indio Bakery and Cafeteria Corp., a Florida Corporation and Heidi Perez Castaneda, an individual, Case No. 2019-030871-CA-01*.  *See* Exhibit A.

2. Plaintiff served both Defendants with a Summons and Complaint on November 21, 2019. *See* composite Exhibit B. Accordingly, this Notice of Removal is timely filed within thirty (30) days after the date of receipt of the summons and a copy of the initial pleading setting the claim for relief upon which this action is based. See 28 U.S.C. § 1446(b); *Murphy Brothers, Inc., v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999)(holding that thirty day time period under removal statute begins to run from the date of formal service). Pursuant to Fed.R.Civ.P.81(c), Defendants may file their responsive pleading to Plaintiff's Complaint within seven days after the filing of this Notice of Removal. Fed. R. Civ. P. 81(c).

3. Plaintiff filed a one-count Complaint alleging unpaid overtime wages brought pursuant to the Fair Labor Standards Act, 29 U.S.C. §201, et seq. *See* Exhibit A. This Court has original subject matter jurisdiction over Plaintiff's Complaint pursuant to 28 U.S.C. §1331.[1] *Breuer v. Jim's Concrete of Brevard, Inc.*, 538 U.S. 691, 694 (2003)[explaining that district courts have original jurisdiction over FLSA claims pursuant to §1331 and §1337(a)].

4. The United States District Court for the Southern District of Florida embraces the county in which the state court action is now pending and, therefore, this Court is a proper venue for this action pursuant to 28 U.S.C. § 105(a)(1).

5. As required by 28 U.S.C. § 1446(d), a Notice to State Court of Removal, along with a copy of this Notice of Removal, will be promptly filed in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida and served upon counsel. A copy of the Notice to State Court of Removal is attached as Exhibit C.

---

[1] The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treatises of the United States.

WHEREFORE, Defendants respectfully request that this matter be removed from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida.

DATED this 11th day of December 2019.

                                                Respectfully submitted,

                                                _____s/Ena T. Diaz_____
                                                Ena T. Diaz
                                                Fla. Bar No. 0090999
                                                ENA T. DIAZ, P.A.
                                                *Attorney for Defendants*
                                                999 Ponce De Leon Blvd. – Ste 720
                                                Coral Gables, FL 33134
                                                Tel.:  (305) 377-8828
                                                Fax:  (305) 356-1311
                                                ediaz@enadiazlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the Notice of Removal was electronically filed with the Clerk of Court by using the CM/ECF system and was served via e-mail on counsel for Plaintiff, Lisa Kuhlman, Esq. (lkuhlman.jhzidellpa@gmail.com), J.H. Zidell, P.A., 300 71st Street, Suite 605, Miami Beach, FL  33141, on this 11th day of December 2019.

                                                _____s/Ena T. Diaz_____
                                                ENA T. DIAZ